AO 442 (Rev. 11/11) Arrest Warrant

FID # 11777608

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Wilson Jose MEJIAS-Mejias<br>A249 153 992 Venezuela<br><br>_Defendant_ | )<br>)  Case No.  1:25-po-533<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT    COPY

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Wilson Jose MEJIAS-Mejias                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
See attached complaint.

Date: March 11, 2025

_Issuing officer's signature_

City and state:   BROWNSVILLE, TEXAS                      Honorable Ignacio Torteya III U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____
at _(city and state)_ _____ .

Date: _____
                                                                            _Arresting officer's signature_

                                                                            _Printed name and title_

AO91 (Rev. 12/03) Criminal Complaint      AUSA      United States Courts

# UNITED STATES DISTRICT COURT

Southern District of Texas
FILED

*March 11, 2025*

Southern District Of Texas Brownsville Division    Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**
vs.

Wilson Jose MEJIAS-Mejias
A249 153 992 Venezuela

**CRIMINAL COMPLAINT**

Case Number: 1:25-po-533

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about November 24, 2023 in Cameron County, in the Southern District Of Texas defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title 8 United States Code, Section(s) 1325(a)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on November 24, 2023. The defendant is a citizen of Venezuela who entered the United States illegally by rafting across the Rio Grande River near Brownsville, Texas on November 24, 2023 thus avoiding immigration inspection. Agents identified themselves as Border Patrol Agents and MEJIAS-Mejias admitted to being illegally in the United States without the proper documentation and a citizen of Venezuela. Subject entered the United States at a place not designated as a port of entry by the Attorney General of the United States and or the Secretary of Homeland Security, the successor, thus he was not admitted, inspected, or paroled into the United States by a U.S. Immigration Official. MEJIAS-Mejias, Wilson Jose was processed for Notice to Appear (NTA) and subsequently released from Border Patrol custody. Border Patrol Agents through further investigation, determined that MEJIAS-Mejias, Wilson Jose is a member of the Foreign Terrorist Organization Group Tren de Aragua Gang.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

*Signature of Complainant*

Latinville, Matthew    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

March 11, 2025      at    Brownsville, Texas
Date                                                      City/State

Ignacio Torteya III      U.S. Magistrate Judge
Name of Judge               Title of Judge                Signature of Judge